## Commonwealth *v.* Brabazon, Appellant.

Argued April 29, 1958. Before JONES, C. J., MUSMANNO, ARNOLD, JONES and COHEN, JJ.

*Michael von Moschzisker,* with him *Harry Polish,* for appellant.

*Juanita Kidd Stout,* Assistant District Attorney, with her *James N. Lafferty,* First Assistant District Attorney, and *Victor H. Blanc,* District Attorney, for appellee.

OPINION PER CURIAM, June 30, 1958:

This is an appeal from an order of the Court of Quarter Sessions and Oyer and Terminer of Philadelphia County, dated September 12, 1957, in which the appellant was committed to the Farview State Hospital. We have carefully read the original record of 70 pages in this case and find no abuse of discretion on the part of the court below, and, therefore, the order is affirmed.

Mr. Justice MUSMANNO dissents.